**Alan E. Kraus, Esq.**
Direct Dial: (973) 639-1234
alan.kraus@lw.com

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

September 6, 2006

File No. 024318-0013

Honorable Ronald J. Hedges
M.L. King, Jr. Federal Bldg. & Cthse., Rm. 2042
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Ames v. Corporation of the President of the Church of Jesus Christ, Latter-Day Saints, et al.*,
             Civ. Action No. 06-cv-03441-WJM-RJH

Dear Judge Hedges:

      Enclosed please find an original and two copies of a proposed Consent Order extending the time for defendant Corporation of the President of the Church of Jesus Christ, Latter-day Saints to respond to the Complaint until September 20, 2006. That response would have otherwise been due on September 5, 2006, but could be extended by a Clerk's Order until September 20, 2006. Counsel for Plaintiff, Stephen Rubino, has consented to this extension.

      Thank you for your consideration in this matter.

                                      Respectfully submitted,

                                      Alan E. Kraus
                                      of LATHAM & WATKINS LLP

Encl.
cc:    Stephen C. Rubino, Esq. (with enclosure)