Alan E. Kraus (AK 3263)
LATHAM & WATKINS LLP
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
(973) 639-1234
Attorneys for Defendant Corporation of the President of the
Church of Jesus Christ of Latter-Day Saints

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID V. AMES,<br><br>               Plaintiff,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a the "MORMON CHURCH," and WILLIAM SCOTT HANSON, individually,<br><br>               Defendants. | Civil Action No. 06-CV-3441 (WJM) (RJH)<br><br>**CONSENT ORDER** |

Application having been made by Latham & Watkins LLP, attorneys for Defendant Corporation of the President of the Church of Jesus Christ, Latter-day Saints ("Defendant"), for an Order Extending the Time for Defendant to answer, move or otherwise respond to the complaint in the above-captioned matter, which was consented to by Stephen C. Rubino, Esq., attorney for Plaintiff David V. Ames ("Plaintiff"); and good cause having been shown;

IT IS on this ___ day of September 2006;

ORDERED that the date upon which Defendant may answer, move or otherwise respond to the complaint in this matter is extended to September 20, 2006.

                                                                       _____
                                                                       Honorable Ronald J. Hedges

I HEREBY CONSENT
to the form and entry of
the within Order.

/S/ Stephen C. Rubino
Stephen C. Rubino, Esq.
Attorney for Plaintiff