Alan E. Kraus (AK 3263)
LATHAM & WATKINS LLP
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
(973) 639-1234

*Attorneys for Defendant Corporation of the President of the*
*Church of Jesus Christ of Latter-day Saints*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID V. AMES,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a the "MORMON CHURCH," and WILLIAM SCOTT HANSON, individually,<br><br>　　　　　　　Defendants. | Civil Action No. 06-CV-3441 (WJM) (RJH)<br><br>**CERTIFICATE OF SERVICE** |

I, Alan E. Kraus, hereby certify under the penalties of perjury that:

1.　　I am a member in good standing of the bar of this Court.

2.　　On September 20, 2006 I electronically filed:(1) Defendant, Corporation of the President of The Church of Jesus Christ of Latter-day Saints' Answer and Affirmative Defenses to Plaintiff's Complaint and Jury Demand; and (2) Federal Rule of Civil Procedure 7.1 Corporate Disclosure Statement using the CM/ECF system which will send notification of such filing to the following:

Stephen C. Rubino
Ross & Rubino
8510 Ventnor Avenue
Margate, New Jersey 08402
(609) 487-9864
Attorneys for Plaintiff

NJ\128623.1

      3.      That on September 20, 2006, I sent hard copies of the above-mentioned documents via Federal Express to the following:

Stephen C. Rubino
Ross & Rubino
8510 Ventnor Avenue
Margate, New Jersey 08402
(609) 487-9864
Attorneys for Plaintiff

William Scott Hanson
ADTC (1-W) 571800C
Eight Production Way
Avenel, New Jersey 07001

Dated: Newark, New Jersey
       September 20, 2006

                                     /s/Alan E. Kraus
                                     Alan E. Kraus (AK3263)