Alan E. Kraus (AK 3263)
LATHAM & WATKINS LLP
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
(973) 639-1234

*Attorneys for Defendant Corporation of the President of the Church of Jesus Christ of Latter-Day Saints*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID V. AMES,<br><br>  Plaintiff,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a the "MORMON CHURCH," and WILLIAM SCOTT HANSON, individually,<br><br>  Defendants. | Civil Action No. 06-CV-3441 (WJM) (RJH)<br><br>**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT OF DEFENDANT CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Corporation of the President of the Church of Jesus Christ of Latter-day Saints ("COP"), by counsel, hereby certifies that COP is a corporation sole, has no parent corporation, is not publicly traded, and that no publicly traded company owns 10% or more of its stock.

LATHAM & WATKINS LLP

By  /s/ Alan E. Kraus

Alan Kraus (AK 3263)
One Newark Center, 16th Floor
Newark, NJ 07101-3174
(973) 639-1234

*Attorneys for Defendant Corporation of the President of the Church of Jesus Christ of Latter-day Saints*

Dated: September 20, 2006