William Scott Hanson, Defendant Pro se
Adult Diagnostic and Treatment Center (1-W) 571800C
Eight Production Way, Avenel, New Jersey 07001

RECEIVED-CLERK
US DISTRICT COURT
2006 OCT 10 A 11: 53

October 5, 2006

Ross & Rubino, LLP          RE: Civil Action
Attorneys at Law                No. 06-3441 (WJM)(RJH)
ATTN: Mr. Rubino            Via Certified Mail Item No:
8510 Ventnor Avenue           7004 1160 0001 2075 6163
Margate, NJ  08402

Mr. Stephen Rubino, Esq.,

    I have not received a response from your office in reference to my letter dated September 8, 2006 (copy enclosed) which included a copy of the Bankruptcy Order from my Bankruptcy proceedings. Accordingly, please advise me if I have been dismissed from the above referenced civil case because of Bankruptcy.

    For your convenience, I've also enclosed copies of other documents from the Federal Bankruptcy Court proceedings. These documents pertain specifically to your client.

    I look forward to hearing from you at your earliest convenience. Thank you.

Very truly yours,

William Scott Hanson
Defendant Pro se

cc: Mr. William T. Walsh, Clerk, US Dist. Court of NJ w/encls.
    Mr. Alan E. Kraus, esq.; Latham, and Watkins, LLP w/encls.

encl.  Copy of letter to Mr. Rubino dated Sept. 8, 2006
      Copy of Bankruptcy Order dated Mar. 3, 2005
      Copy of Certification of Debtor dated Dec. 24, 2004
      Copy of Amendment to Schedule D,E,or F dated Dec. 24, 2004
      Copy of Order Respecting Amendment dated Dec. 29, 2004
      Copy of Affidavit Respecting Amendment dated Dec. 30, 2004

September 8, 2006


William Scott Hanson
Defendant, Pro se
ADTC (1-W) 571800C
Eight Production Way
Avenel, NJ      07001



Ross & Rubino, LLP          RE: Civil Action No. 06-3441 (WJM)
Attorneys at Law            Via Certified Mail Item Number:
ATTN: Mr. Rubino            7005 1160 0000 6814 9637
8510 Ventnor Avenue
Margate, NJ    08402

    I have been advised that due to the Discharge in Federal Bankruptcy Court of any obligation to David V. Ames or the "Mormon" church (see enclosed copy of the Discharge of Debtor dated March 3, 2005), that I ask to be removed immediately from the above referenced Civil Action.

    Specific information regarding schedule "F" or any other aspect of the Bankruptcy proceeding can be obtained from my attorney in that matter:

    Ms. Joan Lavery, Esq.
    Sirkis & Lavery, Esqs.
    326 Washington Street
    P.O. Box 510
    Hackettstown, NJ 07840
    (908) 850-6161

    Thank you.

Very truly yours,

/s/ William Scott Hanson


William Scott Hanson


cc:    Ms. Joan Lavery, Esq. w/o encl.
       Alan E. Kraus, Latham, and Watkins, LLP w/encl.



encl.

Form B18 (Official Form 18)(9/97)

# United States Bankruptcy Court
District Of District of New Jersey
401 Market Street
Camden, NJ 08102

In re:
William S. Hanson )
426826 571800C )
SWSP215 Burlington Road South
Bridgeton, NJ 08302
xxx–xx–2178 )
                       Debtor(s): )
                             ) Case Number: 04–42287–GMB
)
)
)
)
)
) Chapter: 7
)
)
Employer's Tax I.D. No.: )
Debtor: )
)

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** : The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: March 3, 2005

                                                    **BY THE COURT**

                                                    Honorable Gloria M. Burns
                                                    United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Form DIS

SIRKIS & LAVERY, ESQUIRES
326 Washington Street
P.O. Box 510
Hackettstown, NJ 07840
(908) 852-5511
Joan Sirkis Lavery, I.D. #JL4841
Attorney for Debtor, William Scott Hanson

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

In the Matter of : Chapter 7

William Scott Hanson : CASE #04-42287

Debtor : CERTIFICATION OF DEBTOR

1. I, William Scott Hanson, am the debtor in the above-captioned matter and as such am fully familiar with the facts and circumstances therein.

2. On October 8, 2004, I filed the above-captioned petition in bankruptcy.

3. At the time of the filing, creditors were inadvertently left off the petition.

4. Consequently, I need to amend the petition to add these creditors.

5. WHEREFORE, I would like to add the following creditors to the filing:

> David Ames
> c/o Timothy D. Kosnoff, P.C.
> One Union Square
> 600 University, Suite 2102
> Seattle, WA 98101-4161

/s/ William Scott Hanson
William Scott Hanson

Dated: 12/24/04

# United States Bankruptcy Court
### District of New Jersey

In re

Case No. 04-42287

Debtor: William Scott Hanson

Chapter 7

## AMENDMENT TO SCHEDULE D, E OR F

PLEASE SPECIFY THE SCHEDULE(S) TO BE AMENDED

    Schedule D - Creditors Holding Secured Claims
    Schedule E - Creditors Holding Unsecured Priority Claims
    Schedule F - Creditors Holding Unsecured Nonpriority Claims

----------------------

Schedule __F__, heretofore filed herein, is amended as follows. (You must be specific as to whether you are adding creditor(s) or changing existing data).

Please add:

    David Ames
    c/o Timothy D. Kosnoff, P.C.
    One Union Square
    600 University, Suite 2102
    Seattle, WA 98101-4161

I, William Scott Hanson, certify under penalty of perjury that the foregoing is true and correct.

           /s/ William Scott Hanson
               Debtor

Dated: 12/24/04



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>William S. Hanson | Case No.: 04-42287 GMB<br>Chapter: 7<br>Judge: Gloria M. Burns |

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E OR F
## OR LIST OF CREDITORS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

DATED: December 29, 2004        /s/ GLORIA M. BURNS
                                Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule ____F____ or to the List of Creditors on ____December 28____, 20 04 that:

- ☐ Deletes a creditor or creditors

- ☐ Modifies a previously listed creditor or creditor information

- ☒ Adds a creditor or creditors

and for good cause shown, it is

ORDERED that creditors being deleted or modified shall, pursuant to Fed.R.Bankr.P. 1009 (a), be provided notice of the amendment by the debtor or debtor's attorney, if any, and it is further

ORDERED that added creditors have sixty (60) days from the date of this Order, or until the date specified in the *Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines*, whichever is later, to:

- file a proof of claim, if the case is an asset case.

- file a complaint objecting to discharge under Bankruptcy Code §727(a) or to determine dischargeability of its debt under Bankruptcy Code §523(c), if the debtor is an individual; and it is further

ORDERED that the debtor(s) shall serve on added creditors, by mailing within ten (10) days of the date of this order:

1. A copy of this Order, and

2. A notice advising such creditor(s) of the following:

    - the date of the filing of the petition for relief;

    - the date of the first meeting of creditors;

    - the date within which a Proof of Claim must be filed, if an asset case; a

- notification that a claim need not be filed, if a no-asset case;

- if the debtor is an individual, the date within which a complaint objecting to discharge/dischargeability must be filed; and

- that the debtor(s) may be examined by subpoena pursuant to D.N.J. LBR 2004-1; and it is further

ORDERED that within ten (10) days of the date of this order, the debtor(s) shall file an affidavit certifying compliance with the above, to which shall be attached a true copy the notice required by the preceding paragraphs.

*Rev. 7/27/04; jml*

SIRKIS & LAVERY, ESQUIRES
326 Washington Street
P.O. Box 510
Hackettstown, NJ 07840
(908) 852-5511
Joan Sirkis Lavery, I.D. #JL4841
Attorney for Debtor

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

---

In the Matter of : Chapter 7

William Scott Hanson : CASE #04-42287

Debtors : AFFIDAVIT CERTIFYING
: COMPLIANCE WITH ORDER
: RESPECTING AMENDMENT TO
: TO LIST OF CREDITORS

STATE OF NEW JERSEY)
                    :ss
COUNTY OF WARREN)

LAURIE E. CHANDLER, of full age, being duly sworn according to law, upon her oath,

deposes and says:

1. I am the secretary to the attorney for the above-captioned debtor.

2. On December 30, 2004, pursuant to an Order Respecting Amendment to List of

Creditors, I mailed by regular mail, a copy of the Notice together with a true copy of the Order

Respecting Amendment to List of Creditors to the following creditors:

    David Ames
    c/o Timothy D. Kosnoff, P.C.
    One Union Square
    600 University, Suite 2102
    Seattle, WA 98101-4161

        /s/ Laurie E. Chandler
        Laurie E. Chandler

Sworn and subscribed before me
This 30th day of December, 2004

_____/s/ Paula Holmes_____N.P.
Paula Holmes