Alan E. Kraus (AK 3263)
Rebecca K. Brown (RB 7490)
**LATHAM & WATKINS LLP**
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Telephone: (973) 639-1234
Facsimile: (973) 639-7298

*Attorneys for Defendant Corporation of the President of
the Church of Jesus Christ of Latter-day Saints*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID V. AMES, <br><br> Plaintiff, <br><br> v. <br><br> CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a the "MORMON CHURCH," and WILLIAM SCOTT HANSON, individually, <br><br> Defendants. | Hon. William J. Martini, District Judge <br><br> Case No. 06-CV-3441 (WJM) (RJH) <br><br> CIVIL ACTION <br><br> **NOTICE OF APPEARANCE** |

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    **PLEASE TAKE NOTICE**, that the undersigned hereby appears as counsel in this case for Defendant Corporation of the President of the Church of Jesus Christ of Latter-day Saints.

    The undersigned certifies that she is admitted to practice before this Court.

Dated:    Newark, New Jersey
          March 8, 2007    Respectfully submitted,

                            LATHAM & WATKINS LLP

                            By   /S/ Rebecca K. Brown
                                Rebecca K. Brown (RB 7490)
                                Attorneys for Defendant
                                *Corporation of the President of the Church
                                of Jesus Christ of Latter-day Saints*