Alan E. Kraus (AK 3263)
Rebecca K. Brown (RB 7490)
**LATHAM & WATKINS LLP**
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Telephone: (973) 639-1234
Facsimile: (973) 639-7298

*Attorneys for Defendant Corporation of the President of
the Church of Jesus Christ of Latter-day Saints*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID V. AMES,<br><br>      Plaintiff,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a the "MORMON CHURCH," and WILLIAM SCOTT HANSON, individually,<br><br>      Defendants. | Hon. William J. Martini, District Judge<br><br>Case No. 06-CV-3441 (WJM) (RJH)<br><br>CIVIL ACTION<br><br>**CERTIFICATE OF SERVICE** |

  I, Rebecca K. Brown, hereby certify under the penalty of perjury that:

  1.  I am associated with the firm of Latham & Watkins LLP attorneys for Defendant Corporation of the President of the Church of Jesus Christ of Latter-day Saints.

  2.  On this date, a true and correct copy of the Notice of Appearance (Of Rebecca K. Brown) was filed with the Court via the CM/ECF system thereby effectuating service upon all counsel of record via electronic means.

      I hereby certify that the foregoing statements made by me are true to the best of my knowledge. I understand that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: March 8, 2007                      /s/ Rebecca K. Brown
     Newark, New Jersey             Rebecca K. Brown (RB 7490)