**Alan E. Kraus, Esq.**
Direct Dial: (973) 639-1234
alan.kraus@lw.com

One Newark Center, 16th Floor
Newark, New Jersey  07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

April 26, 2007

**VIA ECF**

Honorable Mark Falk
United States Magistrate Judge
Martin Luther King, Jr. Federal Bldg & Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:   *Ames v. Corporation of the President of the Church of Jesus Christ of Latter-Day Saints, et al., Civil Action No. 06-cv-3441 (WJM)(MF)*

Dear Judge Falk:

Enclosed please find a proposed Consent Order allowing the parties to depose William Scott Hanson at the Avenel Diagnostic and Treatment Center, Eight Production Way, Avenel, New Jersey, 07001.

Thank you for your consideration in this matter.

>  Respectfully submitted,
>
>  /S/   Alan E. Kraus
>  Alan E. Kraus
>  of LATHAM & WATKINS LLP

Enclosures
cc.:   Steven C. Rubino, Esq. (*VIA ECF*)