Alan E. Kraus
Rebecca K. Brown
**LATHAM & WATKINS LLP**
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Telephone: (973) 639-1234
Facsimile: (973) 639-7298

*Attorneys for Defendant Corporation of the President of the
Church of Jesus Christ of Latter-day Saints*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID V. AMES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a the "MORMON CHURCH," and WILLIAM SCOTT HANSON, individually,<br><br>　　　　　Defendants. | Civil Acton No.: 06-CV-3441(WJM)(MF)<br><br>**CONSENT ORDER FOR THE DEPOSITION OF WILLIAM SCOTT HANSON** |

　　　　　This matter having been opened to the court by Alan E. Kraus, Esq., counsel for Defendant Corporation of the President of the Church of Jesus Christ of Latter-Day Saints ("COP"), with consent by counsel for the plaintiff, David V. Ames, the court having found that the deposition of William Scott Hanson ("Hanson") is necessary for both the prosecution and defense of this action and good cause having been shown;

　　　　　**IT IS ON THIS**　　　day of　　　　, 2007:

　　　　　**ORDERED** that the video-taped deposition of Hanson shall take place at the Avenel Diagnostic and Treatment Center, Eight Production Way, Avenel, New Jersey, 07001 ("Facility") on Thursday, June 21st and Friday, June 22nd, 2007; and

　　　　　**IT IS FURTHER ORDERED** that upon the completion of Defendant COP's examination, plaintiff shall be permitted to depose Hanson;

2

    **IT IS FURTHER ORDERED** that should it be found that the New Jersey Department of Corrections has moved Hanson to another facility, his deposition shall take place at said new facility; and

    **IT IS FURTHER ORDERED** that pursuant Fed.R.Civ.P. 26(b)(2) the time limits of Fed.R.Civ.P. 30(d)(2) are hereby extended to ensure a fair examination by both sides. Accordingly, the deposition shall take place from day to day until completed; and

    **IT IS FURTHER ORDERED** that Defendant COP shall serve a copy of this order by certified mail and overnight delivery upon the Facility within ten (10) days;

                                                 U.S.M.J.

I HEREBY CONSENT
to the form and entry of
the within Order.

 /S/ Steven C. Rubino
 Steven C. Rubino, Esq.
 Ross & Rubino
 Attorneys for Plaintiff
 *David V. Ames*