**Alan E. Kraus, Esq.**
Direct Dial: (973) 639-1234
alan.kraus@lw.com

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

File No. 019942-0069

April 26, 2007

**VIA ECF**

Honorable Mark Falk
United States Magistrate Judge
Martin Luther King, Jr. Federal Bldg & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:  *Ames v. Corporation of the President of the Church of Jesus Christ of Latter-Day Saints, et al., Civil Action No. 06-cv-3441 (WJM)(MF)*

Dear Judge Falk:

Enclosed please find a proposed Consent Order directing the New Jersey Division of Youth and Family Services to release records relating to Plaintiff David V. Ames and for an in camera review of same.

As Your Honor no doubt recalls, this is an action brought by Plaintiff David Ames alleging, among other claims, that the Corporation of the President of the Church of Jesus Christ of Latter-Day Saints (the "Mormon Church") was negligent in not preventing Scott Hanson from sexually abusing Plaintiff during the late 1990's and continuing into 2000. In 2000, the New Jersey Division of Youth and Family Services ("DYFS") conducted an investigation into the allegations that Scott Hanson was sexually abusing David Ames. Both the Mormon Church and Plaintiff seek discovery of DYFS' records of that investigation. DYFS requires a court order before it will provide any such discovery, however. See N.J. Stat. § 9:6-8.10a (2007). DYFS also requires an in camera review by Your Honor before releasing any such information to the parties.

Our office has been informed by Chamise Carter, Esq. of the Office of Legal Affairs for DYFS that it will not object to the form of this order.

Thank you for your consideration in this matter.

Respectfully submitted,

  /S/   Alan E. Kraus
Alan E. Kraus
of LATHAM & WATKINS LLP

Enclosures
cc.:  Steven C. Rubino, Esq. (VIA ECF)
     Chamise Carter, Esq. (VIA Federal Express)

**Honorable Mark Falk**
**April 26, 2007**
**Page 2**

LATHAM&WATKINS LLP

Ressie L. Fuller, Esq. (VIA Federal Express)

NJ\133146.1