AMES v. CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS et al    Doc. 13
Case 2:06-cv-03441-WJM-MF    Document 13    Filed 05/09/2007    Page 1 of 3
Case 2:06-cv-03441-WJM-MF    Document 10-2    Filed 04/26/2007    Page 1 of 3

Alan E. Kraus
Rebecca K. Brown
LATHAM & WATKINS LLP
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
(973) 639-1234
*Attorney for Defendant Corporation of the President of the*
*Church of Jesus Christ of Latter-day Saints*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID V. AMES,<br><br>*Plaintiff,*<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a the "MORMON CHURCH," and WILLIAM SCOTT HANSON, individually,<br><br>*Defendants.* | Civil Action No. 06-CV-3441 (WJM) (MF)<br><br>**CONSENT ORDER FOR RELEASE OF RECORDS AND IN CAMERA REVIEW** |

This matter having been opened to the court by Alan E. Kraus, Esq., counsel for Defendant Corporation of the President of the Church of Jesus Christ of Latter-Day Saints ("COP"), with consent by counsel for the plaintiff, David V. Ames, with notice given to Chamise Carter, Esq., New Jersey Department of Children & Families, Office of Legal Affairs, and Ressie Fuller, Chief, Deputy Attorney General of the State of New Jersey, the court having found that access to certain information within the records of the Division of Youth and Family Services may be necessary for determination of issues before the Court; and good cause having been shown;

IT IS ON THIS 4th day of May, 2007;

**ORDERED** that a copy Division of Youth and Family Services' records concerning David Victor Ames be submitted to the Court for its in camera review and determination regarding release to counsel; and

**IT IS FURTHER ORDERED** that should the Court determine release of said records is proper, information contained therein shall be used only in the pending civil matter and shall not be used in any other matter in the absence of further Order of the Court, upon proper notice in the Office of the Attorney General and to the Division of Youth and Family Services; and

**IT IS FURTHER ORDERED** that information contained in or derived from said records shall not be disclosed to any other person for any other reason nor disseminated or made public by any means, direct or indirect; and

**IT IS FURTHER ORDERED** that the use of information contained or derived from said records for any purpose other than as set forth above, shall be a violation of this Order and subject to the contempt powers of the Court.

**IT IS FURTHER ORDERED** that Defendant COP shall serve a copy of this order by certified mail and overnight delivery upon Chamise Carter, Esq., New Jersey Department of Children & Families, Office of Legal Affairs, and Ressie Fuller, Chief, Deputy Attorney General of the State of New Jersey within ten (10) days.

*[signature]*
_____
U.S.M.J.

MARK FALK
U.S. Magistrate Judge

I HEREBY CONSENT
to the form and entry of
the within Order.

/S/ Steven C. Rubino
Steven C. Rubino, Esq.
Ross & Rubino
Attorneys for Plaintiff
*David V. Ames*