RECEIVED IN THE CHAMBERS OF

William Scott Hanson
SBI #571800C
Adult Diagnostic & Treatment Center          JUN 0 1 2007
8 Production Way
Avenel, New Jersey 07001                     TIME:_____M
Defendant Pro Se                             HON. WILLIAM J. MARTINI, U.S.D.J.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW JERSEY
## NEWARK, NEW JERSEY 07101

DAVID V. AMES
    Plaintiff

                        Civil Action No.: 06-3441 (WJM)

                        NOTICE OF MOTION TO
vs.                      DISMISS COMPLAINT

CORPORATION OF THE PRESIDENT
OF THE CHURCH OF JESUS CHRIST
OF LATTER-DAY SAINTS, a Utah
Corporation sole, a/k/a/ the "MORMON
CHURCH" and WILLIAM SCOTT
HANSON, individually,
    Defendants

## NOTICE OF MOTION TO DISMISS COMPLAINT

To:    Hon. William J. Martini, U.S.D.J.
        M.L. King Jr. Federal Building and
        Courthouse, Room 4076
        50 Walnut Street
        Newark, New Jersey 07102

        Stephen C. Rubino, Esq.
        ROSS & RUBINO, LLP
        8510 Ventnor Avenue
        Margate, New Jersey 08402
        (609) 487-9864
        Attorneys for Plaintiff

    **PLEASE TAKE NOTICE THAT** on June 25, 2007, at 9:00 AM, the undersigned

Defendant, William Scott Hanson, Pro Se, will move before this Court for the dismissal of the

1

complaint as outlined above and filed in this Court on July 25, 2006. Defendant William Scott Hanson will rely on the Certification attached hereto and exhibits in support of this motion. A proposed form of order is attached for the convenience of the Court.

Respectfully Submitted,

_____
WILLIAM SCOTT HANSON
Defendant Pro Se

Dated: 29 May 2007

William Scott Hanson
SBI #571800C
Adult Diagnostic & Treatment Center
8 Production Way
Avenel, New Jersey 07001
Defendant Pro Se

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW JERSEY
## NEWARK, NEW JERSEY 07101

DAVID V. AMES
    Plaintiff

Civil Action No. 06-3441 (WJM)

vs.

MOTION TO DISMISS COMPLAINT

CORPORATION OF THE PRESIDENT
OF THE CHURCH OF JESUS CHRIST
OF LATTER-DAY SAINTS, a Utah
Corporation sole, a/k/a/ the "MORMON
CHURCH" and WILLIAM SCOTT
HANSON, individually,
    Defendants

### MOTION TO DISMISS COMPLAINT

William Scott Hanson, Defendant Pro Se in the above-titled action, moves before this Court to have the instant complaint filed against him as noticed above dismissed, with prejudice, for the reasons enumerated in the accompanying Certification of Issues.

Defendant submits this motion not for any purpose of delay, but because the New Jersey Statutes cited by the attorney for the Plaintiff plainly show that this complaint is time-barred, and should no longer be permitted to go forward. Defendant has attached copies of the cited statutes for the Court's convenience.

3

    Defendant requests this Court to take the necessary action to determine that the action is time-barred, and then so record.

Respectfully Submitted:

*/s/ William Scott Hanson*
WILLIAM SCOTT HANSON
Defendant Pro Se

Dated: 29 May 2007