William Scott Hanson
SBI #571800C
Adult Diagnostic & Treatment Center
8 Production Way
Avenel, New Jersey 07001
Defendant Pro Se

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW JERSEY\
NEWARK, NEW JERSEY 07101

DAVID V. AMES
    Plaintiff

                       Civil Action No. 06-3441 (WJM)

vs.                     **ORDER**

CORPORATION OF THE PRESIDENT
OF THE CHURCH OF JESUS CHRIST
OF LATTER-DAT SAINTS, a Utah
Corporation sole, a/k/a/ the "MORMON
CHURCH" and WILLIAM SCOTT
HANSON, individually
    Defendants

    This matter coming before the Court on the motion William Scott Hanson, Defendant Pro

Se, and in the presence of Stephen C. Rubino, Esq., attorney for the Plaintiff, after having heard

all arguments and considered all moving papers and exhibits filed with the Court by both the

Plaintiff and the Defendant, and for good cause shown:

**IT IS HEREBY ORDERED THAT** complaint pending against the Defendant, ***William Scott Hanson***, filed against him by Plaintiff David V. Ames through his attorney, and noted as Civil Case No. 06-3441 (WJM), is **HEREBY DISMISSED WITH PREJUDICE** for being time-barred under the applicable New Jersey Statutes *N.J.S.A.* 2A:61B-1 *et seq.* and *N.J.S.A.* 2C: 1-6 (g).

                                      Hon. William J. Martini, U.S.D.J.

Dated: _____