William Scott Hanson
SBI #571800C
Adult Diagnostic & Treatment Center
8 Production Way
Avenel, New Jersey 07001

29 May 2007

Hon. William J. Martini, U.S.D.J.
M.L. King Jr. Federal Building and
Courthouse, Room 4076
50 Walnut Street
Newark, New Jersey 07102

RECEIVED IN THE CHAMBERS OF

JUN 0 1 2007

TIME:_____M
HON. WILLIAM J. MARTINI, U.S.D.J.

Re:  **Ames v. COP/Hanson**
     **Civ. Case No. 06-3441- (WJM)**

Dear Judge Martini:

Please find enclosed an original and two copies of my Motion to Dismiss Complaint, and all of its attendant documents and exhibits. I have listed it for a hearing on June 25, 2007, the motion day that allows for listing and response by the Plaintiff. If this is unacceptable, please let me know what date is most convenient for the Court.

Secondly, I would presume that, because of my motion, the depositions due for the 21st and 22nd of June, 2007, should be postponed indefinitely. There has been no response from the Plaintiff regarding my being dropped as a defendant from this action and this is my only recourse. Also, there are supposed to be documents produced that I cannot possibly meet. I have been incarcerated for seven years and in no way could have these documents. Since I am destitute, I must also now apply for counsel, and that will be a separate motion from this one, should you decide that arguments are necessary on the enclosed motion.

Thank you very much for your time and attention in this matter. I will await a reply.

Very truly yours

WILLIAM SCOTT HANSON

C; file

Enclosures