AMES V. CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS et al                Doc. 18
Case 2:06-cv-03441-WJM-MF   Document 18   Filed 06/19/2007   Page 1 of 2
FROM LATHAM & WATKINS NEWARK                    (TUE) 6.19' 07 11:46/ST. 11:45/NO. 4861372081 P 3

Alan E. Kraus
LATHAM & WATKINS LLP
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
(973) 639-1234
*Attorney for Defendant Corporation of the President of the
Church of Jesus Christ of Latter-day Saints*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID V. AMES,<br><br>             *Plaintiff,*<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a the "MORMON CHURCH," and WILLIAM SCOTT HANSON, individually,<br><br>             *Defendants.* | Civil Action No. 06-CV-3441 (WJM) (MF)<br><br>**CONSENT ORDER FOR RELEASE OF DIVISION OF YOUTH AND FAMILY SERVICES RECORDS TO DEFENDANT COP AND PLAINTIFF** |

      This matter having been opened to the court by Alan E. Kraus, Esq., counsel for Defendant Corporation of the President of the Church of Jesus Christ of Latter-Day Saints ("COP"), with consent by counsel for the plaintiff, David V. Ames, with notice given to Chamise Carter, Esq., New Jersey Department of Children & Families, Office of Legal Affairs, and Ressie Fuller, Chief, Deputy Attorney General of the State of New Jersey, the Court having reviewed the records of the Division of Youth and Family Services ("DYFS") relating to the investigation of allegations of abuse of David Ames by William Scott Hanson, and the Court finding that access to such records by COP and Plaintiff is necessary for determination of issues before it, and good cause having been shown;

IT IS ON THIS 19 day of June, 2007;

**ORDERED** that a copy of Division of Youth and Family Services' records concerning David Victor Ames immediately be released to Counsel for Defendant COP and Counsel for Plaintiff; and

**IT IS FURTHER ORDERED** that the information contained in the DYFS records shall be used only in the pending civil matter and shall not be used in any other matter in the absence of further Order of the Court, upon proper notice to the Office of the Attorney General and the Division of Youth and Family Services; and

**IT IS FURTHER ORDERED** that the use of information contained or derived from said records for any purpose other than as set forth above, shall be a violation of this Order and subject to the contempt powers of the Court.

**IT IS FURTHER ORDERED** that Defendant COP shall serve a copy of this order by certified mail and overnight delivery upon Chamise Carter, Esq., New Jersey Department of Children & Families, Office of Legal Affairs, and Ressie Fuller, Chief, Deputy Attorney General of the State of New Jersey within ten (10) days.

_____
U.S.M.J.

**MARK FALK**
**U.S. Magistrate Judge**

I HEREBY CONSENT
to the form and entry of
the within Order.

/S/ Steven C. Rubino
Steven C. Rubino, Esq.
Ross & Rubino
Attorneys for Plaintiff
*David V. Ames*

NJ\135075.1