AMES v. CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS et al    Doc. 19
Case 2:06-cv-03441-WJM-MF    Document 19    Filed 06/26/2007    Page 1 of 2
FROM LATHAM & WATKINS NEWARK    (TUE) 6. 19' 07 11:47/ST. 11:45/NO. 4861372061 P 5

Alan E. Kraus
Rebecca K. Brown
**LATHAM & WATKINS LLP**
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Telephone: (973) 639-1234
Facsimile: (973) 639-7298

*Attorneys for Defendant Corporation of the President of the
Church of Jesus Christ of Latter-day Saints*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID V. AMES,<br><br>Plaintiff,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a the "MORMON CHURCH," and WILLIAM SCOTT HANSON, individually,<br><br>Defendants. | Civil Acton No.: 06-CV-3441(WJM)(MF)<br><br>**AMENDED SCHEDULING ORDER** |

This matter having been opened to the court by Alan E. Kraus, Esq., counsel for Defendant Corporation of the President of the Church of Jesus Christ of Latter-Day Saints ("COP"), with consent by counsel for the plaintiff, David V. Ames, the court having found that the parties have pursued this matter with diligence and that additional time is needed to conduct fact discovery and good cause having been shown;

IT IS ON THIS 26 day of June, 2007:

**ORDERED** that fact discovery shall remain open through December 31, 2007.

_____ U.S.M.J.

**MARK FALK**
**U.S. Magistrate Judge**

NJ\135076.1

I HEREBY CONSENT
to the form and entry of
the within Order.

  /S/ Steven C. Rubino
Steven C. Rubino, Esq.
Ross & Rubino
Attorneys for Plaintiff
*David V. Ames*