**Alan E. Kraus, Esq.**
Direct Dial: (973) 639-1234
alan.kraus@lw.com

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

FIRM / AFFILIATE OFFICES

# LATHAM&WATKINS LLP

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

September 27, 2007

**VIA ECF**
Honorable Mark Falk
United States Magistrate Judge
Martin Luther King, Jr. Federal Bldg & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *Ames v. Corporation of the President of the Church of Jesus Christ of Latter-Day Saints, et al., Civil Action No. 06-cv-3441 (WJM)(MF)*

Dear Judge Falk:

Defendant Corporation of the President of the Church of Jesus Christ of Latter-day Saints (COP) has no objection to the pro hac vice admission of attorney Chad A. Bowers, Esq.

Thank you.

Respectfully submitted,

 /S/  Alan E. Kraus
Alan E. Kraus
of LATHAM & WATKINS LLP

cc.:    Steven C. Rubino, Esq. (VIA ECF)

NJ\137365.1

Dockets.Justia.com