Alan E. Kraus
Rebecca K. Brown
Paul A. Rosenthal
**LATHAM & WATKINS LLP**
One Newark Center, 16th Floor
Newark, New Jersey  07101-3174
Telephone: +1.973.639.1234
Facsimile: +1.973.639.7298

*Attorneys for Defendant Corporation of the President of*
*The Church of Jesus Christ of Latter Day Saints*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID V. AMES,<br><br>        Plaintiff,<br><br>        v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, Utah Corporation sole, a/k/a the "MORMON CHURCH", and WILLIAM SCOTT HANSON, individually,<br><br>        Defendants. | Case No. 06-CV-3441 (WJM)(MF)<br><br>CIVIL ACTION<br><br>"ELECTRONICALLY FILED"<br><br>**NOTICE OF MOTION FOR**<br>**SUMMARY JUDGMENT**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**MOTION DATE:**<br>**April 21, 2008** |

To:    William J. Martin, Esq.
        Martin, Gunn & Martin
        216 Haddon Avenue, Suite 420
        Westmount, NJ 08108
        *Attorneys for Plaintiff David V. Ames*

**PLEASE TAKE NOTICE** that on April 21, 2008 at 10:00 a.m. in the morning, or as soon thereafter as counsel may be heard, Defendant Corporation of the President of The Church of Jesus Christ of Latter-Day Saints ("COP") by and through its undersigned counsel, Latham & Watkins LLP, shall move before the Honorable William J. Martini, United States District Judge for the District of New Jersey, at the Martin Luther King Jr., Federal Building & United States Courthouse, 50 Walnut Street, Courtroom 4B, Newark, New Jersey 07101, for an Order granting summary judgment against Plaintiff David V. Ames pursuant to Federal Rule of Civil Procedure 56.

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, counsel for COP will rely upon the accompanying Memorandum of Law in Support of its Motion for Summary Judgment, Defendant's Rule 56 Statement of Undisputed Facts, the Affidavit of Paul A. Rosenthal, Esq. with exhibits, and the Proposed Form of Order, as well as all pleadings and other documents filed with the Court in this matter.

**PLEASE TAKE FURTHER NOTICE** that COP hereby requests oral argument on its motion.

                                            Respectfully submitted,

                                            LATHAM & WATKINS LLP

                                            By   s/   Alan E. Kraus
                                                  Alan E. Kraus
                                                  Attorneys for Defendant
                                                  Corporation of the President of The Church
                                                  of Jesus Christ of Latter-day Saints

Dated:  March 24, 2008