# EXHIBIT B

```
       0001
 1     UNITED STATES DISTRICT COURT
       DISTRICT OF NEW JERSEY
 2     Civil Action No. 06-CV-3441(WJM)(RJH)
       --------------------------------------x
 3     DAVID V. AMES,
 4              Plaintiff
 5              -against-
 6     CORPORATION OF THE PRESIDENT OF
       THE CHURCH OF JESUS CHRIST OF
 7     LATTER-DAY SAINTS, a Utah
       corporation sole, a/k/a the
 8     "MORMON CHURCH," and SCOTT
       HANSON, individually,
 9
                Defendants.
10     --------------------------------------x
11
12              VIDEOTAPE DEPOSITION of DAVID V. AMES,
13     taken by the Defendants at the offices of Latham &
14     Watkins, LLP, One Newark Center, Newark, New
15     Jersey  07101, on Tuesday, March 4, 2008, at 10:10
16     o'clock a.m., before Catherine M. Donahue, a Certified
17     Court Reporter and Notary Public within and for
18     the State of New Jersey.
19
20              ROSENBERG & ASSOCIATES, INC.
21           Certified Court Reporters & Videographers
22              425 Eagle Rock Avenue - Suite 201
23                Roseland, New Jersey  07068
24                    (973)  228-9100
25              www.rosenbergandassociates.com
```

```
 1       document refreshes your memory.  If it
 2       does, yes.  If it doesn't, it doesn't.
 3            MR. KRAUS:  That's not actually
 4       the question I'm asking.
 5   BY MR. KRAUS:
 6       Q.  Is it correct that you told your
 7   father that you were uncomfortable with Scott
 8   sleeping in the same bed with you a couple
 9   months before Scott actually touched your
10   genital area?
11       A.  Yes.
12       Q.  When you told your father that you
13   were uncomfortable with the way in which Scott
14   was sleeping in the same bed with you, that
15   conversation that occurred in September 1998,
16   did you expect your father to do something about
17   it?
18       A.  I didn't know what to expect.
19       Q.  Did you want your father to do
20   something about it?
21       A.  Probably.  That's why I told him.
22       Q.  Did you want your father to put a
23   stop to it?
24       A.  I guess, yes.
25       Q.  Did you want your father to tell
```

```
 1    Scott not to sleep in the same bed with you and
 2    touch you in a way that made you uncomfortable?
 3        A.  Yes.
 4        Q.  Did he do any of those things?
 5        A.  Not that I was aware of.
 6        Q.  Did you also tell your mother in or
 7    around September 1998 that you were
 8    uncomfortable with the way in which Scott was
 9    sleeping in the same bed with you?
10        A.  I don't remember talking to her.
11        Q.  Did you tell any of your sisters?
12        A.  I don't remember.
13        Q.  Did you tell anyone that you can
14    recall besides your father?
15        A.  I don't know for sure.
16        Q.  Do you have any recollection of
17    telling anybody besides your father?
18        A.  No, I don't recall anyone.
19        Q.  After you told you father in or
20    around September 1998 that you were
21    uncomfortable in the way that Scott was sleeping
22    in the same bed with you, did Scott continue to
23    sleep in the same bed with you in your
24    household?
25        A.  Yes.
```