UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DAVID V. AMES,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND WILLIAM SCOTT HANSON,**<br><br>    **Defendants.** | 2:06-CV-03441(WJM)<br><br>ORDER<br><br>HON. WILLIAM J. MARTINI |

**THIS MATTER** comes before the Court upon Defendant Corporation of the President of the Church of Jesus Christ of Latter-Day Saints' ("LDS Church") Motion for Summary Judgment seeking to bar Plaintiff Ames' request for punitive damage under New Jersey's Punitive Damages Act, N.J.S.A. §2A:15-5.12; and the Court having fully considered the papers submitted and the arguments of counsel; and for the reasons stated on the record in open court on September 16, 2008; and for good cause shown,

**IT IS** on this 16th day of September, 2008, hereby,

**ORDERED** that Defendant LDS Church's Motion for Summary Judgment seeking to bar Plaintiff Ames' request for punitive damages is **GRANTED**.

                                                               s/William J. Martini
                                                           **William J. Martini, U.S.D.J.**