```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

                       MINUTES OF PROCEEDINGS
```

Newark                                         Date: 1/13/09

**JUDGE WILLIAM J. MARTINI**

Deputy Clerk: Gail Hansen

Court Reporter:

Other:                                         Docket No. Cv. 06-3441

TITLE OF CASE:

Ames
v.
Church of Latter Day Saints, et al
Perry Burns

Appearances:

William J. Martin, Chad Bowers & Timothy Kosnoff, Counsel for Plaintiff
Alan Kraus and Rebecca Brown, Counsel for Defendants

NATURE OF PROCEEDINGS: STATUS/SETTLEMENT CONFERENCE

Parties indicated action settled


Time Commenced: 10:00 a.m. - 12:00 p.m.
Time Adjourned: 1:00 p.m. - 3:15 p.m.

                                    Gail A. Hansen, Deputy Clerk