```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY

------------------------------X
DAVID V. AMES,
                                        Civil Action No. 06-3441
        Plaintiff,

v.
                                        ORDER OF DISMISSAL
CORPORATION OF THE PRESIDENT
OF THE CHURCH OF JESUS CHRIST
OF LATTER DAY SAINTS, et al

        Defendants.
------------------------------X
```

The parties having notified the Court that the above captioned matter has been settled,

It is on this 20th day of January, 2009

ORDERED that the above matter is dismissed.

s/William J. Martini

_____

WILLIAM J. MARTINI, U.S.D.J.